JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDERICK MARLOW, | Case No. ED CV 11-1884 CJC (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation, | |
| Respondent. | |

_____

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: January 6, 2014

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE